UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**

JAN 0 3 2017



Clerk, U.S. District Court
District Of Montana
Billings

United States of America
v.
Mark Ryan Coyle

Case No: Cr 12-68-BLG-SPW
USM No: 11934-046

Date of Original Judgment: 02/01/2013
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

David Merchant
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 130 months **is reduced to** 120.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/01/2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1-3-2017

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Susan P. Watters, District Judge
*Printed name and title*